**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 01-31181**
_____

**TIMOTHY C. WHISTINE; ET AL.,**

**Plaintiffs,**

**REGINA WARD,**

**Plaintiff-Appellant,**

**VERSUS**

**KILPATRICK LIFE INSURANCE CO.,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
For the Western District of Louisiana
_____

(00-CV-61)

July 15, 2002

Before KING, Chief Judge, JOLLY and DeMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.